# New World Pasta Company

## Projections: Consolidated Income Statement
*(Dollars in Thousands)*

| Fiscal Year Ended December 31, | 2005 Jan - Nov | 2005 Dec | 2005 Full Year | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| Net Sales | $270,009 | $33,694 | $303,703 | $312,969 | $324,747 | $336,706 | $346,682 |
| Cost of Sales | 218,011 | 26,009 | 244,020 | 237,347 | 241,987 | 248,136 | 252,411 |
| Gross Profit | 51,998 | 7,685 | 59,683 | 75,622 | 82,760 | 88,570 | 94,271 |
| Selling and Marketing | 24,124 | 1,995 | 26,120 | 27,759 | 29,493 | 31,052 | 31,509 |
| General and Administrative | 15,332 | 1,358 | 16,690 | 17,656 | 18,108 | 18,312 | 18,693 |
| Emergence Costs | 18,510 | -- | 18,510 | -- | -- | -- | -- |
| Non-Recurring Expenses | 132 | 116 | 247 | 392 | 317 | 236 | 149 |
| Restructuring Expenses | 28,581 | 500 | 29,081 | -- | -- | -- | -- |
| EBIT | (34,681) | 3,716 | (30,965) | 29,814 | 34,842 | 38,970 | 43,921 |
| Depreciation & Amortization | 13,568 | 1,364 | 14,931 | 14,521 | 15,591 | 15,423 | 12,739 |
| Emergence Costs | 18,510 | -- | 18,510 | -- | -- | -- | -- |
| Non-Operating Expenses | (801) | -- | (801) | -- | -- | -- | -- |
| Restructuring Expenses | 28,581 | 500 | 29,081 | -- | -- | -- | -- |
| EBITDAR | 25,176 | 5,580 | 30,756 | 44,335 | 50,433 | 54,394 | 56,659 |
| Total Interest Expense | 41,757 | 2,847 | 44,604 | 34,621 | 36,557 | 37,497 | 38,868 |
| Restructuring & Other | (384,644) | -- | (384,644) | -- | -- | -- | -- |
| Pre-Tax Income | 308,206 | 870 | 309,075 | (4,807) | (1,715) | 1,473 | 5,052 |
| Tax Provision | -- | -- | -- | 2,347 | 2,694 | 2,865 | 3,016 |
| Net Income | 308,206 | 870 | 309,075 | (7,153) | (4,409) | (1,392) | 2,037 |

Source: New World Pasta Company
Notes
Assumes capital structure as contemplated under the Exit Facility under the cash interest payment option
Any adjustments for reorganization accounting, debt forgiveness and tax estimates are preliminary and subject to revision

# New World Pasta Company

## Projections: Consolidated Balance Sheet
*(Dollars in Thousands)*

| **Fiscal Year Ended December 31,** | 11/26/2005 [1] | 12/31/2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash and Cash Equivalents | $1,000 | $5,332 | $5,000 | $5,000 | $5,000 | $5,000 |
| Accounts Receivable | 23,582 | 25,246 | 26,264 | 27,422 | 28,392 | 29,403 |
| Inventory | 26,052 | 23,883 | 23,029 | 23,390 | 23,894 | 24,125 |
| Prepaid Expenses and Other | 4,300 | 3,923 | 3,366 | 4,301 | 5,322 | 6,436 |
| Total Current Assets | 54,933 | 58,384 | 57,660 | 60,113 | 62,608 | 64,964 |
| | | | | | | |
| Net Property Plant & Equipment | 81,807 | 80,684 | 78,539 | 68,744 | 64,291 | 58,447 |
| Other Long-Term Assets | 6,833 | 6,774 | 6,065 | 5,356 | 4,647 | 3,939 |
| **Total Assets** | **143,573** | **145,842** | **142,264** | **134,213** | **131,546** | **127,350** |
| | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable | 13,382 | 13,750 | 13,074 | 13,449 | 13,838 | 14,280 |
| Accrued Expenses | 24,073 | 25,539 | 26,205 | 27,068 | 27,773 | 28,500 |
| Accrued Interest | -- | -- | -- | -- | -- | -- |
| Exit Revolver | 1,401 | -- | -- | -- | -- | -- |
| Total Current Liabilities | 38,855 | 39,289 | 39,279 | 40,517 | 41,611 | 42,780 |
| | | | | | | |
| Long-Term Debt [2] | 205,000 | 205,966 | 211,059 | 207,043 | 205,159 | 198,046 |
| Other Long-Term Liabilities | 9,982 | 9,982 | 8,473 | 7,610 | 7,124 | 6,837 |
| Total Liabilities | 253,837 | 255,237 | 258,812 | 255,170 | 253,895 | 247,662 |
| | | | | | | |
| Shareholders' Equity | (110,264) | (109,395) | (116,548) | (120,957) | (122,348) | (120,312) |
| | | | | | | |
| **Total Liabilities & Equity** | **143,573** | **145,842** | **142,264** | **134,213** | **131,546** | **127,350** |

Source: New World Pasta Company
Notes
Assumes capital structure as contemplated under the Exit Facility under the cash interest payment option
Any adjustments for reorganization accounting, debt forgiveness and tax estimates are preliminary and subject to revision
(1) Assumed opening balance sheet post-emergence
(2) Assumes all cash in excess of $5 million is used to repay outstanding debt

# New World Pasta Company

Projections: Consolidated Statement of Cashflows
*(Dollars in Thousands)*

|  | 2005 Jan - Nov | 2005 Dec | 2005 Full Year | 2006 | 2007 | 2008 | 2009 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Fiscal Year Ended December 31,** | | | | | | | |
| Net Income | $308,206 | $870 | $309,075 | ($7,153) | ($4,409) | ($1,392) | $2,037 |
| Plus: Depreciation & Amort. | 12,776 | 1,136 | 13,912 | 14,521 | 15,591 | 15,423 | 12,739 |
| Plus: Total Non-Cash Interest | 2,645 | 966 | 3,611 | 12,623 | 14,225 | 15,689 | 17,159 |
| Gain / (Loss) from Asset Sales | (713) | -- | (713) | -- | -- | -- | -- |
| Non-Cash Charges for Equipment Writedowns | 4,538 | -- | 4,538 | -- | -- | -- | -- |
| Changes in Working Capital | | | | | | | |
|   Accounts Receivable | 1,871 | (1,664) | 207 | (1,018) | (1,158) | (970) | (1,011) |
|   Inventory | (2,040) | 2,168 | 129 | 854 | (360) | (504) | (231) |
|   Prepaid Expenses and Other | (1,105) | 402 | (704) | (768) | (935) | (1,021) | (1,114) |
|   Accounts Payable | 4,298 | 409 | 4,707 | (676) | 375 | 390 | 441 |
|   Accrued Expenses | (8,087) | 1,426 | (6,661) | 666 | 863 | 705 | 727 |
|   Accrued Interest | 17,435 | -- | 17,435 | -- | -- | -- | -- |
| Total Changes in Working Capital | 12,372 | 2,741 | 15,113 | (943) | (1,216) | (1,400) | (1,188) |
| Changes in Long-Term Accounts | -- | -- | -- | (1,508) | (863) | (486) | (287) |
| Gain from Forgiveness of Debt | (384,644) | -- | (384,644) | -- | -- | -- | -- |
| Cashflow from Operations | (44,819) | 5,712 | (39,108) | 17,540 | 23,329 | 27,835 | 30,459 |
|   Less: Capital Expenditures | (10,636) | (8) | (10,644) | (11,667) | (5,088) | (10,261) | (6,187) |
| Plus: Proceeds from Asset Sales | 5,617 | 54 | 5,671 | -- | -- | -- | -- |
| Cash Flow After Investing Activities | (49,838) | 5,758 | (44,081) | 5,873 | 18,241 | 17,574 | 24,272 |
|   Issuance / (Repayment) of Debt | 50,798 | (1,426) | 49,372 | (6,205) | (18,241) | (17,574) | (24,272) |
| Change in Cash | 959 | 4,332 | 5,291 | (332) | -- | -- | -- |
| Beginning Cash | $41 | $1,000 | $41 | $5,332 | $5,000 | $5,000 | $5,000 |
|   Change in Cash | 959 | 4,332 | 5,291 | (332) | -- | -- | -- |
| Ending Cash | 1,000 | 5,332 | 5,332 | 5,000 | 5,000 | 5,000 | 5,000 |

Source: New World Pasta Company
Notes
Assumes capital structure as contemplated under the Exit Facility under the cash interest payment option
Any adjustments for reorganization accounting, debt forgiveness and tax estimates are preliminary and subject to revision