# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
|---|---|
| NEW WORLD PASTA COMPANY, | 1-04-bk-02817 |
| PASTA ACQUISITION CORP., | 1-04-bk-02818 |
| THE PRINCE COMPANY, INC., | 1-04-bk-02821 |
| RONZONI FOODS INTERNATIONAL CORPORATION, and | 1-04-bk-02822 |
| NWP DELAWARE, LLC, | 1-04-bk-02824 |
| Debtors-in-Possession | Jointly Administered |

## FINAL DECREE AND
## ORDER CLOSING CHAPTER 11 CASES

AND NOW, upon consideration of Debtors' Motion for Entry of Final Decree (the "Motion"),

IT IS HEREBY ORDERED THAT the Motion is granted. It is further ordered that:

1. A final decree is hereby entered pursuant to Fed. R. Bankr. P. 3022.

2. The above-captioned Chapter 11 cases are hereby closed.

By the Court,

*Mary D. France*
Bankruptcy Judge (JDK)

*This document is electronically signed and filed on the same date.*

Dated: December 28, 2006

-1-